UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**Gregory Canyon Ltd., Limited Liability Company,**<br><br>    **Debtor.** | Case No.<br><br>CHAPTER 11 |

**CONSENT TO ENTRY OF ORDER FOR RELIEF IN INVOLUNTARY CASE**

James Simmons, in his capacity as the sole manager (the "Manager") of Gregory Canyon, Ltd, Limited Liability Company, a California limited liability company ("GCL" or the "Debtor")), hereby stipulates as set forth below:

1. On February 12, 2014, an involuntary petition (the "Petition") pursuant to §303 of title 11 of the United States Code (the "Bankruptcy Code") was filed against GCL in the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court") seeking entry of an Order for Relief placing GCL in proceedings under chapter 11 of the Bankruptcy Code

2. The Petition was filed by Richard Marcus Profit Sharing Plan, Irwin Heller and Capital Foresight Limited Partnership (collectively, the "Petitioning Creditors").

3. The Debtor is a California limited liability company.

4. According to the books and records of the Debtor, each of the Petitioning Creditors is the holder of a promissory note evidencing a claim against GCL that is not subject to bona fide dispute.

5. The claims of the Petitioning Creditors aggregate more than $10,000 in excess of the value of any collateral securing such claims.

6. GCL is not generally paying its debts as they become due.

Based upon the above, GCL consents to the entry of an order for relief in the above-captioned matter commencing a case under Chapter 11 of the Bankruptcy Code.

**DATED: February 13, 2014**

By: _____
James Simmons
Manager

Gregory Canyon, Ltd, Limited Liability Company